1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

MARY W. BARTON,

11

Plaintiff,

12

v.

13

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

14

15

Defendant.

CASE NO. 13-cv-05374 RBL

ORDER ADOPTING REPORT AND
RECOMMENDATION

16

17

The Court, having reviewed the Report and Recommendation of Judge J. Richard

Creatura, United States Magistrate Judge, does hereby find and ORDER:

18

19

(1)    The Court adopts the Report and Recommendation and this matter is

**AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g);

20

21

(2)    The Clerk is directed to enter **JUDGMENT** for defendant and the case should be

closed; and

22

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1    (3)    The Clerk is directed to send copies of this Order to counsel of record.

2    Dated this 26th day of June, 2014.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2